# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE**   ** KEEP WITH DOCUMENT **

DOCUMENT CODE __40__   BUSINESS CODE _____

\# _____

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

Affix Barcode Label Here

1000362004443802

ID # W15084114  ACK # 1000362004443802
PAGES: 0002
FISH OUTA WATER, LLC

01/28/2013  AT 01:49 P  WO # 0004084667

New Name _____

_____

FEES REMITTED

Base Fee: __100__
Org. & Cap. Fee: _____
Expedite Fee: __70__
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
__1__ Certified Copies _____
Copy Fee: __21__
_____ Certificates
Certificate of Status Fee: _____
Personal Property Filings: _____
Mail Processing Fee: _____
Other: _____

TOTAL FEES: __191__

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
         and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Code _____
Attention: _____

FISH OUTA WATER, LLC
14807 FALLS ROAD
HUNT VALLEY MD 21030

Credit Card _____  Check _____  Cash _____

_____ Documents on _____ Checks

Approved By: __9__

Keyed By: _____

COMMENT(S):



Stamp Work Order and Customer Number HERE

CUST ID:0002868087
WORK ORDER:0004084667
DATE:02-19-2013 09:00 AM
AMT. PAID:$191.00

EXHIBIT 1

## ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: Fish Outa Water, LLC

(2) The purpose for which the Limited Liability Company is filed is as follows: To create and sell fish and beach related decor.

(3) The address of the Limited Liability Company in Maryland is 14807 Falls Road Hunt Valley, MD  21030

(4) The resident agent of the Limited Liability Company in Maryland is Maggie Hird

whose address is 14807 Falls Road, Hunt Valley, MD  21030

(5) _Maggie Hird, Member_
_William Ian Hird Member_
Signature(s) of Authorized Person(s)

(6) _Maggie Hird_
Resident Agent
I hereby consent to my designation in this document.

**Filing party's return address:**

(7) 14807 Falls Road
Hunt Valley, MD  21030

```
CUST ID:0002868087
WORK ORDER:0004084667
DATE:02-19-2013 09:00 AM
AMT. PAID:$191.00
```