# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-186-709**

Effective date of registration:

January 6, 2014

## Title

Title of Work: Crabs Outa Flags

Series Title: Crabs Outa Flags  Volume One

## Completion/Publication

Year of Completion: 2013

## Author

- Author: Fish Outa Water, LLC
  Author Created: 2-D artwork

  Work made for hire: Yes
  Citizen of: United States   Domiciled in: United States

## Copyright claimant

Copyright Claimant: Fish Outa Water, LLC

## Limitation of copyright claim

Material excluded from this claim: 2-D artwork, State flag

New material included in claim: 2-D artwork, Graphics and state flag interpretation

## Rights and Permissions

Organization Name: Fish Outa Water, LLC
Name: William Hird
Email: info@fishoutawater.com   Telephone: 410-404-2512

## Certification

**EXHIBIT 2**

Page 1 of 2