

# State of Indiana
# Office of the Secretary of State

## Certificate of Assumed Business Name
## of
## COPELAND & COPELAND INC.

I, DIEGO MORALES, Secretary of State, hereby certify that a Certificate of Assumed Business Name of the above Foreign For-Profit Corporation has been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Code.

Following said transaction, the above named entity will transact business under the assumed business name(s) of:

GALLEYWARE COMPANY

NOW, THEREFORE, with this document I certify that said transaction will become effective Monday, May 20, 2024.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, May 20, 2024.

*Diego Morales*

DIEGO MORALES
SECRETARY OF STATE

202405151791899 / 10342005

To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

> **APPROVED AND FILED**
> DIEGO MORALES
> INDIANA SECRETARY OF STATE
> 05/20/2024 11:15 AM

## CERTIFICATE OF ASSUMED BUSINESS NAME

### NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 202405151791899 |
| **BUSINESS TYPE** | Foreign For-Profit Corporation |
| **BUSINESS NAME** | COPELAND & COPELAND INC. |
| **PRINCIPAL OFFICE ADDRESS** | 10505 BENNETT PARKWAY, STE 200, Zionsville, IN, 46077, USA |

### EFFECTIVE DATE

| | |
|---|---|
| **EFFECTIVE DATE** | 05/20/2024 |
| **EFFECTIVE TIME** | 08:45AM |

### ASSUMED NAME AND ADDRESS

| | |
|---|---|
| GALLEYWARE COMPANY | 10505 BENNETT PARKWAY, STE 200, Zionsville, IN, 46077, USA |

### SIGNATURE

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **May 20, 2024**.

THE UNDERSIGNED ACKNOWLEDGES THAT A PERSON COMMITS A CLASS A MISDEMEANOR BY SIGNING A DOCUMENT THAT THE PERSON KNOWS IS FALSE IN A MATERIAL RESPECT WITH THE INTENT THAT THE DOCUMENT BE DELIVERED TO THE SECRETARY OF STATE FOR FILING.

| | |
|---|---|
| **SIGNATURE** | Hayden Copeland |
| **TITLE** | Vice President |

Business ID : 202405151791899
Filing No. :  10342005

# State of Indiana
# Office of the Secretary of State

## Foreign Registration Statement
## of
## COPELAND & COPELAND INC.

I, DIEGO MORALES, Secretary of State, hereby certify that an Registration Statement of the above Foreign For-Profit Corporation has been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Code.

NOW, THEREFORE, with this document I certify that said transaction will become effective Wednesday, May 15, 2024.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, May 15, 2024.

*Diego Morales*

DIEGO MORALES
SECRETARY OF STATE

202405151791899 / 10338210

To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

> **APPROVED AND FILED**
> DIEGO MORALES
> INDIANA SECRETARY OF STATE
> 05/15/2024 10:37 AM

## REGISTRATION STATEMENT

Formed pursuant to the provisions of the Indiana Code.

### ARTICLE I - NAME AND PRINCIPAL OFFICE ADDRESS

**BUSINESS ID** 202405151791899
**BUSINESS TYPE** Foreign For-Profit Corporation
**BUSINESS NAME** COPELAND & COPELAND INC.
**PRINCIPAL OFFICE ADDRESS** 10505 BENNETT PARKWAY, STE 200, Zionsville, IN, 46077, USA

### ARTICLE II - REGISTERED OFFICE AND ADDRESS

**REGISTERED AGENT TYPE** Business Commercial Registered Agent
**NAME** CORPORATION SERVICE COMPANY
**ADDRESS** 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204, USA

### ARTICLE III - PERIOD OF DURATION AND EFFECTIVE DATE

**PERIOD OF DURATION** Perpetual
**EFFECTIVE DATE** 05/15/2024
**EFFECTIVE TIME** 09:29AM

### ARTICLE IV - GOVERNING PERSON INFORMATION

No Principal on record.

### ARTICLE V - FOREIGN ENTITY JURISDICTION INFORMATION

**FORMATION DATE** 12/03/2020
**COUNTRY** USA
**STATE** DE

**APPROVED AND FILED**
DIEGO MORALES
INDIANA SECRETARY OF STATE
05/15/2024 10:37 AM

## SIGNATURE

THE SIGNATOR(S) REPRESENTS THAT THE REGISTERED AGENT NAMED IN THE APPLICATION HAS CONSENTED TO THE APPOINTMENT OF REGISTERED AGENT.

THE UNDERSIGNED DESIRES TO EFFECTUATE THE ADMITTANCE OF THIS CORPORATION TO TRANSACT BUSINESS IN THE STATE OF INDIANA PURSUANT TO INDIANA LAW.

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **May 15, 2024**.

THE UNDERSIGNED ACKNOWLEDGES THAT A PERSON COMMITS A CLASS A MISDEMEANOR BY SIGNING A DOCUMENT THAT THE PERSON KNOWS IS FALSE IN A MATERIAL RESPECT WITH THE INTENT THAT THE DOCUMENT BE DELIVERED TO THE SECRETARY OF STATE FOR FILING.

**SIGNATURE**        Hayden Copeland

**TITLE**            Vice President

Business ID : 202405151791899
Filing No :   10338210

APPROVED AND FILED
DIEGO MORALES
INDIANA SECRETARY OF STATE
05/15/2024 10:37 AM

# Delaware

## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "COPELAND & COPELAND INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTEENTH DAY OF MAY, A.D. 2024.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "COPELAND & COPELAND INC." WAS INCORPORATED ON THE THIRD DAY OF DECEMBER, A.D. 2020.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.



Jeffrey W. Bullock, Secretary of State

4320265  8300
SR# 20242069630

Authentication: 203458712
Date: 05-13-24

You may verify this certificate online at corp.delaware.gov/authver.shtml