### License Agreement

THIS LICENSE AGREEMENT is made and entered into this 27 day of November, 2015 by and between Fish Outa Water, LLC (the "Licensor") and Galleyware Company (the "Licensee"):

WHEREAS, the Licensor owns certain copyrighted, trademarked, and protected artwork and brands; and
WHEREAS, the parties wish to enter into this License Agreement.
NOW, THEREFORE, the parties agree as follows:

1. *Effective Date.* This License Agreement will be effective as of the date of the last signature of this agreement (the "Effective Date").

2. *License.* Subject to the terms of this License Agreement, effective as of January 1, 2015 the Licensor hereby grants the Licensee a non-exclusive, non-transferrable license to use the Licensor's artwork (the "Licensed Artwork") identified as Crabs Outa Flags Volume One, Reg. # VAu 1-186-709 dated January 6, 2014, registered with the U.S. Copyright Office.

3. *No Sublicensing or Modification.* The Licensee will have no right to transfer, sublicense, or assign to any third party any rights in any Licensed Artwork. The Licensee will not modify or make derivative designs of any Licensed Artwork without the Licensor's prior written consent.

4. *Consent to Produce.* Licensor hereby grants Licensee permission to allow Licensee's factories/partners to produce the licensed goods and images approved pursuant to this agreement. Licensee agrees to oversee compliance with all applicable U.S. manufacturing and safety requirements for products produced under this agreement and to monitor quality control in keeping with Licensor's quality and brand.

5. *Royalties.* For each Licensed Artwork (except as may otherwise be set forth on a specific addendum), the Licensee will pay the Licensor a royalty up-front payment of a $200.00 attributable to each Licensed Artwork (the "Royalty Payment"). The Licensee will pay each Royalty Payment prior to Licensor providing artwork. Additionally, the Licensee will extend a discount of finished items produced equal to 25% discount off wholesale pricing.

6. *Term.* This License Agreement will be for a one-(1) year term from the effective date and will renew automatically for additional one- (1) year terms, unless terminated earlier by either party. Either party may terminate this License Agreement at any time upon thirty (30) days' written notice to the other party.

7. *Actions Upon Termination.* Upon termination of this License Agreement, the Licensee will promptly: (a) stop production of any items bearing the Licensed Artwork; (b) return to the Licensor all original and copies (except for one copy for archival purposes only) of all Licensed Artwork; (c) take all steps necessary and reasonable to ensure that all suppliers, manufacturers, salespersons, or subcontractors of the Licensee comply with these requirements; and (d) pay the Licensor all Royalty Payments due, if any.

8. *Proprietary Rights Protections.* The Licensee will ensure that each of its products using any Licensed Artwork will bear the appropriate copyright, registered trademark, and branding


EXHIBIT 4

information required by the Licensor. The Licensee will promptly notify the Licensor of all instances in which it learns that any Licensed Artwork has been used by any party in violation of this License Agreement, and will reasonably cooperate with the Licensor in any enforcement actions the Licensor may bring to protect its copyright, trademark, and other intellectual property rights in any Licensed Artwork.

9. *Representations and Indemnification.* The Licensee represents and warrants that the Licensed Artwork, when used by the Licensee in combination with any other designs, logos, artwork, or images, will not infringe on the intellectual property rights of any third party. In the event of a claim of infringement against the Licensor arising from the Licensee's use of any Licensed Artwork in combination with any other designs, logos, artwork, or images (a "Claim"), the Licensee will fully defend, indemnify, and hold the Licensor harmless for and against the Claim.

10. *Designated Representatives.* Each party will designate to the other party in writing its officer or employee who will be its representative in all dealings under this License Agreement. Each party may, from time to time, designate a substitute representative. Each party further agrees that its representative will have full authority to act on behalf of and bind the party.

11. *Notices and Method of Delivery.* Any notice required or permitted to be delivered by one party to the other under or in connection with this License Agreement will be considered sufficiently given after three (3) business days if sent by certified U.S. mail, return receipt requested, or after one (1) business day if sent by nationally recognized overnight carrier to the attention of the individuals and at the addresses indicated below:

*If to the Licensor, to*:
William Hird, Owner
Fish Outa Water, LLC
PO Box 113
Butler, Maryland  21023

*If to the Licensee, to*:
Kris Nonnenmacher, President
Galleyware Company
330 Water Street, Suite 107
Newport, DE  19804

12. *Successors and Assigns.* This License Agreement will be binding upon and inure to the benefit of and be enforceable by the parties hereto, and their respective successors and permitted assigns. This License Agreement may not be assigned in whole or in part by the Licensee without the Licensor's prior written consent, and any such unauthorized assignment will be void.

13. *Governing Law.* This License Agreement will be governed by and construed and enforced in accordance with the laws of the State of Maryland, notwithstanding choice of law principles.

14. *Waiver.* The failure of either party to enforce at any time or for any period of time any of the provisions of this License Agreement will not be construed to be a waiver of such provisions or of its right thereafter to enforce each and every provision.

15. *Breach.* In the event of a breach by the Licensee of this License Agreement, the Licensor will be entitled, in addition to any other remedies, to obtain a temporary restraining order and injunctive relief to restrain such breach by the Licensee, and the Licensee waives the need for the posting of any bond. The Licensee acknowledges that the Licensor will be irreparably harmed by a breach of this License Agreement, and that such harm is not compensable by money damages. The Licensee will pay the attorney's fees and costs incurred by the Licensor in the event of a breach of this License Agreement by the Licensee.

16. *Complete Understanding; Modification.* This License Agreement, together with all attachments, exhibits and addenda attached hereto, constitutes the full and complete understanding and agreement of the parties relating to the subject matter hereof and supersedes all prior or contemporaneous understandings and agreements relating to such subject matter. Any waiver, modification or amendment of any provision of this License Agreement will be effective only if in writing and signed by both parties.

IN WITNESS WHEREOF, the parties have duly executed this License Agreement on the dates indicated below.

_12-2-2015_
Date

Fish Outa Water, LLC
William Hird, Owner

_11/27/15_
Date

Galleyware Company
Kris Nonnenmacher, President

3