

March 1, 2017

Kris Nonnemacher
Galleyware
330 Water Street
Suite 107
Wilmington, DE  19804

Dear Kris,

As we discussed via email, this letter will serve as written notification that Fish Outa Water is terminating the License Agreement with Galleyware to use Fish Outa Water's Maryland crab image.  This letter will serve as the 30 day notice under Section 6 of the License Agreement.

Section 7 of the Agreement states that Galleyware will promptly stop production of any items bearing the Licensed Artwork, return any original artwork, and take steps to ensure that all suppliers, manufacturers, salespersons and subcontractors of Galleyware comply with these requirements.

Please let me know if you have questions regarding this letter and we appreciate your cooperation with the remaining terms of the Agreement.

Sincerely,

Bud Hird, Owner



Fish Outa Water, LLC                 PO Box 113                 Butler, MD  21023