

Home / Maryland Crab State Flag Appetizer Tray



SKU: J 100

Availability: Many in stock

# Maryland Crab State Flag Appetizer Tray

## $13.95

galleyware.com

