9:55

 Soup     Boil     Crab soup recipe



aryland Crab State Flag ...
lleyware Company · In...



Caskata Blue Crabs Wide...
Caskata · In stock



lit P Crab Shaped Trink...
e Maryland Store · In...



Maryland crab serving bowl
Faire · In stock



atercolor Serving Bowls...
e Royal Standard · In stock



Blue Crab Serving Bowl
Blue Crab Bay Co. · In stock

Q maryland crab serving bowl



EXHIBIT 9