

June 27, 2025

Kris Nonnenmacher
Galleyware Company
10505 Bennett Parkway STE 200
Zionsville, IN 46077
Delivered via email to:  sales@galleyware.com

Kris,

Fish Outa Water, LLC is the owner of US Copyright Crabs Outa Flags Volume One, Registration # VAu 1-186-709 dated January 6, 2014 as well as the owner of US Trademark 'Crabs Outa Flags,' Registration #86382129 dated May 5, 2019.   Your Maryland flag crab platter, appetizer tray, serving bowl, and other products are a duplicate of our copywritten and trademarked image.  We have not provided permission to Galleyware since 2017 to use or modify this image on any product, to use for sale on your website, the faire.com website, or in any type of online sale, advertising platform or customer sale.

In fact, our License Termination Agreement specifically prohibited you from manufacturing, selling, and distributing our products after the termination date which was April 1, 2017.  At that time, you sent us artwork representing a change in design and promised not to sell our image.  You have since reverted to selling products with our copywritten and trademarked images without our written permission or knowledge.  We have confirmed with local vendors that they have been purchasing your products with our image on them "for years."  You are again in violation of Federal copyright and trademark laws regarding production, use and sale of our image.

We are requesting immediate accounting of all sales of your products with our Maryland crab image from April 1, 2017 to the present.  We require this information be sent to us via email by July 11, 2025.  We also require you to immediately remove Maryland crab products with our image from your website, the faire.com website, and any other websites, social media, sales reps or any places that may carry, represent, or sell your products with our brand or images.

Sincerely,

Maggie Hird

**Maggie Hird, Owner**
info@fishoutawater.com
www.fishoutawater.com
**410.499.8178**



**Fish Outa Water, LLC**                          PO Box 113                          **Butler, MD  21023**