

July 14, 2025   **SECOND NOTICE VIA CERTIFIED LETTER (Not delivered by USPS)**
July 28, 2025   **PRIORITY MAIL**

Kris Nonnenmacher
Galleyware Company
10505 Bennett Parkway STE 200
Zionsville, IN 46077

Kris,

I sent a letter to you via email on June 30, 2025 requesting information regarding unauthorized sales of products with our copyright and trademark, as well as a request to remove the infringing products from the Galleyware and Faire.com websites. The following day, you removed the infringing products from the Galleyware and Faire.com websites, however you have not responded to the request to provide an accounting of all sales using our images since April 1, 2017 (the date we terminated your license to use our images).

I am requesting that you cease producing and selling new products, as well as cease sales of existing inventory with Fish Outa Water's crab image. I am requesting that you send the detailed accounting of all sales since April 1, 2017, along with a detailed list of all inventory in stock with our image. Please provide this requested information by July 25, 2025. We hope to resolve this with you directly, however we will turn this matter over to our IP attorney if we do not hear back from you by July 25.

Sincerely,

*Maggie Hird*

Maggie Hird, Owner
info@fishoutawater.com
www.fishoutawater.com
410.499.8178



EXHIBIT 11

Fish Outa Water, LLC          PO Box 113          Butler, MD  21023

