| | | |
|---|---|---|
| GOHN HANKEY & BERLAGE LLP<br><br>www.ghsllp.com | 201 North Charles Street<br>Suite 2101<br>Baltimore, Maryland 21201<br>(410) 752-9300 Tel.<br>(410) 752-2519 Fax | Jan I. Berlage<br>Direct Dial: (410) 752-1261<br>JBerlage@ghsllp.com |

August 28, 2025

***Via First-Class Mail & U.S. Certified Mail***
Kris Nonnenmacher
Galleyware Company
10505 Bennett Parkway STE 200
Zionsville, IN 46077

**Re: Fish Outa Water, LLC: Copyright Infringement Claim**

Dear Mr. Nonnenmacher:

  We represent Fish Outa Water, LLC, the owner of numerous images of crabs with state flag colors, including their most popular image of a crab with Maryland colors (the "Maryland Crab Image"). The Maryland Crab Image is the subject of a copyright registered with the United States Copyright Office in accordance with Title 17 of the United States Code, Crabs Outa Flags Volume One, Reg. # VAu 1-186-709 dated January 6, 2014. A copy of the Maryland Crab Image and registration certificate is enclosed as Ex. 1.

  It has come to our attention that your company, Copeland & Copeland, Inc. d/b/a Galleyware Company ("Galleyware"), is manufacturing and marketing a series of melamine dishware and other products that improperly, and in violation of Fish Outa Water's intellectual property rights, use the Maryland Crab Image. A picture of such use from the Galleyware website is enclosed as Ex. 2.

  Fish Outa Water has the sole and exclusive right to use the identified Maryland Crab Image including, without limitation, copying, displaying, and distributing the Image. Fish Outa Water entered into a Licensing Agreement with Galleyware on November 27, 2015 and subsequently terminated that agreement on March 1, 2017 with an effective date 30 days thereafter, or April 1, 2017.

  We request that you provide us with a full inventory of all uses of the identified Maryland Crab Image made by or on behalf of Galleyware, its agents, parents, subsidiaries and affiliates since April 1, 2017, and detail the exact inventory in stock of all of the product using Fish Outa Water's image, to enable us to determine the full nature and extent of your infringing activity. We look forward to receiving this information by no later than September 12, 2025.

Very truly yours,<br><br>Jan I. Berlage

cc: Fish Outa Water, LLC

