# Affidavit of Process Server

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Fish Outa Water, LLC** vs. **Copeland & Copeland, Inc., et al.**
Plaintiff/Petitioner                              Defendant/Respondent

Case #  **1:25-cv-03190-MJM**

I declare that I am over the age of eighteen and not a party to this action. And that within the boundaries of the state were service was effected, I was authorized by law to perform said service.

**Service:** I served  **Kris Nonnemacher**
Name of person/Entity being served

with the (documents)  **Summons & complaint**
by serving  **Kris Nonnemacher**                              **Personally**
Name                                                           Relationship

at [X] Home:  **113 Downs Drive, Wilmington, DE 19807**

[] Business

on                **10/30/2025**       at       **4:14 p.m.**
Date                                                  Time

Thereafter copies of the documents were mailed by prepaid, first-class mail on _____
from _____                                              Date
City                State

**Manner of Service:**
[X] By personally delivering copies to the person being served.
[] By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household 18 or older and explaining the general nature of the papers.
[] By delivering copies to the authorized agent of person/entity being served.
[] By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
[] by posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

[] Unable to Serve in a Timely Fashion   [] Evading               [] Unknown at Address
[] Serviced Canceled by Litigant         [] Address Does not Exist [] Other

**Service Attempts:** Service was attempted on: ( )                       ( )
                                                 Date       Time    Date       Time

Description:   Age: **60**   Sex: **M**   Race: **W**   Hgt: **5'11**   Wgt: **180**   Hair: **gray**   Glasses: **no**

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on
**10/31/2025**       at   **Wilmington, Delaware**
Date                       City          State

*Kevin J. O'Rourke*
Special Process Server

State of Delaware
County of New Castle
Subscribed and sworn before me, a notary public, this  **31st**  day of  **Oct**, 2025.

WITNESS MY HAND AND OFFICIAL SEAL TO  *Thomas A C_____*
Notary Public

THOMAS JACKSON COBOURN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires December 13, 2025

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Fish Outa Water, LLC <br><br> *Plaintiff(s)* <br> v. <br> Copeland & Copeland, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-03190-MJM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Copeland & Copeland, Inc. d/b/a Galleyware Company
10505 Bennett Parkway STE 200
Zionsville, IN 46077

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jan I. Berlage
    Gohn Hankey & Berlage LLP
    201 N Charles St., Suite 2101
    Baltimore, Maryland 21201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/25/2025                 *Signature of Clerk or Deputy Clerk*

