# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FISH OUTA WATER, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03190-MJM |
| | ) | |
| COPELAND & COPELAND, INC., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    COPELAND & COPELAND, INC., d/b/a Galleyware Company
10505 Bennett Parkway Suite 200
Zionsville, IN 46077

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jan I. Berlage
Gohn Hankey & Berlage LLP
201 N Charles Street Suite 2101
Baltimore, Maryland 21201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/25/2025    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-03190-MJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>COPELAND & COPELAND, INC., d/b/a Galleyware Company</u>
was received by me on *(date)* <u>Oct 8, 2025, 9:52 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Andrea Kirby</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Corporation Service Company - Registered Agent for COPELAND & COPELAND, INC., d/b/a Galleyware Company</u> on *(date)* <u>Fri, Oct 10 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>80.00</u>.

I declare under penalty of perjury that this information is true.

Date: 10/10/2025

*Server's signature*

Christopher Lawler

*Printed name and title*

11 Municipal Drive Suite 200, Fishers, IN 46038

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 9, 2025, 10:12 am EDT at Company: 10505 Bennett Parkway Suite 200, Zionsville, IN 46077 There were two ladies working at this office. Both stated that they are not authorized to accept and legal documents for the company. They advised that a Rob or Hayden may be able to but they make their own schedules and very rarely in the office. They did not have any other information to offer and were very apologetic.

2) Successful Attempt: Oct 10, 2025, 2:21 pm EDT at Company: 135 North Pennsylvania Street Suite 1610, Indianapolis, IN 46204 received by Andrea Kirby. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'7"; Hair: Brown; Andrea Kirby authorized to accept documents for CSC.