IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FISH OUTA WATER, LLC | * | |
| Plaintiff | * | |
| v. | * | Civil Case No.: 1:25-cv-03190 |
| COPELAND & COPELAND, INC. D/B/A GALLEYWARE COMPANY, et. al | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

Per Fed. R. Civ. P. 41(a), Plaintiff Fish Outa Water, LLC files this Notice of Dismissal, dismissing Defendant Kris Nonnenmacher from its Complaint without prejudice.

Respectfully submitted,

/s/ Jan I. Berlage
Jan I. Berlage (23937)
Gohn Hankey & Berlage LLP
201 N. Charles Street, Suite 2101
Baltimore, Maryland 21201
410-752-9300
410-752-2519 (fax)
jberlage@ghsllp.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2025, a copy of this Motion for Default Order was sent via first-class mail to: Copeland & Copeland, Inc., 10505 Bennett Parkway STE 200 Zionsville, IN 46077; Kris Nonnenmacher, 113 Downs Drive, Wilmington, DE 19807.

/s/ Jan I. Berlage
Jan I. Berlage (AIS# 0201180001)